UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: )
LUIS MANUEL OCASIO APONTE and ) Case No. 05-12031
MIRNA LISSETTE RODRIGUEZ COLO, ) (Chapter 13)
)
)
DEBTOR(S)

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Ford Motor Credit Company LLC (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $5,832.32. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Ford Motor Credit Company LLC
(Fed. ID#38-1612444)
By: /s/ Neely Goen
Neely Goen
American Property Locators, Inc.
Attorney-In-Fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

# LIMITED POWER OF ATTORNEY

Ford Motor Credit Company LLC, a Delaware limited liability corporation with a Tax Identification Number of 38-1612444 ("Ford Credit"), appoints American Property Locators, Inc. ("Locator"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of ($5,832.32) (the "Dormant Assets"), including the right to collect on Ford Credit's behalf any such funds that are held by a governmental agency or authority.

Ford Credit grants to Locator the authority to do all things legally permissible and reasonably necessary to recover or obtain the Dormant Assets held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to Ford Credit for distribution of the Dormant Assets to Ford Credit, less the fee payable to Locator pursuant to and in accordance with its agreement with Ford Credit.

Locator may not make any expenditure or incur any costs or fees on behalf of Ford Credit without Ford Credit's prior written consent.

In the event that Ford Credit granted to another party a Limited Power of Attorney to obtain information regarding and/or recover some or all of the same Dormant Assets, and the governmental agency or authority is in possession of such prior Limited Power of Attorney, then this Limited Power of Attorney shall be null and void unless Ford Credit expressly revokes, in writing, such prior Limited Power of Attorney.

Signed this 10th day of November, 2010.

FORD MOTOR CREDIT COMPANY LLC

By: _____
Corey MacGillivray
Assistant Secretary

STATE OF MICHIGAN     )
                      ) ss.
COUNTY OF WAYNE       )

I, the undersigned, a Notary Public in and for said County in said State, do hereby certify that Corey MacGillivray, whose name as Assistant Secretary of Ford Motor Credit Company LLC is signed to the foregoing Limited Power of Attorney, and who is known to me and known to be such officer, acknowledged before me under oath on this day that, being informed of the contents of said instrument he, in his capacity as such officer and with full authority, executed the same voluntarily for and as an act of said corporation on the day the same bears date.

Given under my hand and seal of office as of this 10th day of November 2010.

_____
Notary Public

GALE A. POTEMPA
Notary Public, Macomb County, Michigan
Acting in Wayne County
My Commission Expires September 17, 2013

**MICHIGAN**

**OPERATOR LICENSE**
M 241 122 585 866

EXPIRES
11-11-2011

COREY MARTIN MACGILLIVRAY
2049 BAY HILL CT
ANN ARBOR, MI 48108-8565

Date of birth  Sex  Height  Eyes  Lic Type  Endorsements
67          M    601     BRO   O         NONE

Restrictions: Corrective Lens

See book for medical
information, anatomical gift



V282R10

# SBM ATTORNEY

STATE BAR OF MICHIGAN  2009—2010
306 Townsend, Lansing, MI 48933-2012  800-968-1442

**Corey M. MacGillivray**
Member Number
**P53076**





**Corey M. MacGillivray**
Counsel - Corporate
Office of the General Counsel

World Headquarters, Suite 1036
One American Road, Dearborn, MI 48126-2798 USA
**313 845 4932** • Fax: 313 248 1988
cmacgil1@ford.com



## CERTIFICATE OF MAILING

I hereby certify that on **November 23, 2010** I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
350 Carlos Chardon Ave., Suite 1201
San Juan, PR 00918

**LUISITO TOWING SERVICE**
URB VISTA BELLA
D 7 CALLE 5
VILLALBA, PR 00766

Case Trustee
ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

Debtor Attorneys
ALEXANDRA BIGAS VALEDON
PO BOX 7462
PONCE, PR 00732-7462

MODESTO BIGAS MENDEZ
BIGAS & BIGAS
P.O. BOX 7462

_____
Neely Goen

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  ) Case No. 05-12031
LUIS MANUEL OCASIO APONTE and ) (Chapter 13)
MIRNA LISSETTE RODRIGUEZ COLO, )
)
DEBTOR(S)

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Ford Motor Credit Company LLC (Fed. ID#38-1612444) (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $5,832.32) be paid to Claimant in care American Property Locators, Inc., Attn: Neely Goen, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this ____ day of _____, 201__.

_____
United States Bankruptcy Judge

CC: Financial Administrator

Mrs. Neely Goen
3855 South Boulevard, Suite 200
Edmond, OK 73013