IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 05-12031 MCF

LUIS MANUEL OCASIO APONTE

Chapter 13

MIRNA LISSETTE RODRIGUEZ COLON

XXX-XX-9616

XXX-XX-2269

FILED & ENTERED ON 01/21/2011

Debtor(s)

**ORDER**

The motion filed by FORD MOTOR CREDIT COMPANY LLC (docket #120) is hereby denied for failure to comply with L.B.R. 3011-1(b)(2)(B).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21 day of January, 2011.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

CC: DEBTOR(S)
　　 MODESTO BIGAS MENDEZ
　　 ALEJANDRO OLIVERAS RIVERA
　　 FORD MOTOR CREDIT COMPANY LLC