## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

---

In re:

LUIS MANUEL OCASIO APONTE and
MIRNA LISSETTE RODRIGUEZ COLO  :  CASE NO. 05-12031

　　　　　　　　　　　Debtor(s)  :  Chapter:

---

### PETITION FOR PAYMENT OF UNCLAIMED FUNDS

NOW APPEARS American Property Locators, Inc. ("APL"), of 3855 South Boulevard, Suite, 200, Edmond, OK 73013, and states that on 9/1/2010 , Ford Motor Credit Company LLC became entitled to receive $5,832.32 as a distribution in the LUIS MANUEL OCASIO APONTE and MIRNA LISSETTE RODRIGUEZ COLO above-entitled case, and now appears on the records of this Court as the owner of said funds. The amount requested is being held in the Treasury of the United States as unclaimed funds.

Petitioner represents that he/she/it is entitled to receive the requested funds based upon (check box(es) that apply):

( ) petitioner is the OWNER of said funds being the owner appearing on the records of this Court;

( ) petitioner is the assignee of the owner's claim to said funds; as evidenced in the attached Affidavit or Assignment of Right;

( ) petitioner is the owner's successor in interest, as evidenced in the attached Affidavit or Assignment of Right;

( ) petitioner is the personal representative of the owner's estate, as evidenced in the attached Affidavit and/or other identifying documents; or

(X) petitioner is named in a POWER OF ATTORNEY by (grantor) Ford Motor Credit Company LLC, valid under the laws of the Commonwealth of Puerto Rico, that empowers petitioner to collect the unclaimed funds described above on behalf of grantor:

　　　　　　　( ) as the owner of the claim;
　　　　　　　(X) as the owner's attorney-in-fact, with authorization to receive said funds;
　　　　　　　( ) as the assignee of the owner's claim to said funds;
　　　　　　　( ) as the owner's successor in interest; or
　　　　　　　( ) as the personal representative of the owner's estate.

Your petitioner submits with this petition the following document(s) as proof of the petitioner's identity and status, and the owner's claim of entitlement:

Attached is a limited power of attorney authorizing APL to act, authority and business card of individual executing the documents.

WHEREFORE, your petitioner submits to the personal jurisdiction of this Court and requests that it enter an order directing payment of the unclaimed funds described above to the petitioner, or – if the petitioner is not the owner – to the petitioner on behalf of the owner, in accordance with the documents submitted in support of this petition.

The petitioner declares under penalty of perjury that the foregoing is true and correct:
Name of Petitioner: <u>American Property Locators, Inc.</u>

Signature of Petitioner: By:_____
                William M. Vidal Carvajal, Attorney for
Title:<u>American Property Locators, Inc. as Attorney-In-Fact for Ford Motor Credit Company LLC</u>
Date: June 2, 2011

## NOTICE OF RESPONSE TIME

Within twenty (20) days after service as evidenced by the certification – and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail – any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, must serve and file an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed, unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice otherwise requires.

## CERTIFICATE OF SERVICE

On June 2, 2011, the petitioner mailed a copy of this petition and all attachments to:

Office of the United States Attorney for the District of Puerto Rico
Torre Chardón Suite 1201
350 Carlos Chardón Ave.
San Juan, PR 00918

Debtor:
LUIS MANUEL OCASIO APONTE and MIRNA LISSETTE RODRIGUEZ COLO
URB VISTA BELLA
D 7 CALLE 5
VILLALBA, PR 00766

Debtor Attorney:
ALEXANDRA BIGAS VALEDON
PO BOX 7462
PONCE, PR 00732-7462

MODESTO BIGAS MENDEZ
BIGAS & BIGAS
P.O. BOX 7462

Trustee:
ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

U.S. Trustee:
Monsita Lecaroz Arribas
500 Tanca Street Suite 301
San Juan, PR 00901-1922

Creditor:
Ford Motor Credit Company LLC
Attn: Corey M. MacGillivray
One American Road, Suite 1034MI48126-2798

William M. Vidal Carvajal
Attorney for American Property Locators, Inc. as
Attorney-In-Fact for
Ford Motor Credit Company LLC
MCS Plaza, 255 Ponce de León Avenue, Ste. 801
San Juan, Puerto Rico 00917
Tel: 787-764-6867
Fax: 787-764-6496

/s/William M. Vidal-Carvajal
USDC-PR 124803

## LIMITED POWER OF ATTORNEY

Ford Motor Credit Company LLC, a Delaware limited liability company with a Tax Identification Number of 38-1612444 ("Ford Credit"), appoints American Property Locators, Inc. ("Locator"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of ($5,832.32) (the "Dormant Assets"), including the right to collect on Ford Credit's behalf any such funds that are held by a governmental agency or authority.

Ford Credit grants to Locator the authority to do all things legally permissible and reasonably necessary to recover or obtain the Dormant Assets held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to Ford Credit for distribution of the Dormant Assets to Ford Credit, less the fee payable to Locator pursuant to and in accordance with its agreement with Ford Credit.

Locator may not make any expenditure or incur any costs or fees on behalf of Ford Credit without Ford Credit's prior written consent.

In the event that Ford Credit granted to another party a Limited Power of Attorney to obtain information regarding and/or recover some or all of the same Dormant Assets, and the governmental agency or authority is in possession of such prior Limited Power of Attorney, then this Limited Power of Attorney shall be null and void unless Ford Credit expressly revokes, in writing, such prior Limited Power of Attorney.

Signed this _19th_ day of _May_, 201_1_.

FORD MOTOR CREDIT COMPANY LLC

By: _____
Corey MacGillivray
Assistant Secretary

STATE OF MICHIGAN        )
                         ) ss.
COUNTY OF WAYNE          )

I, the undersigned, a Notary Public in and for said County in said State, do hereby certify that Corey MacGillivray, whose name as Assistant Secretary of Ford Motor Credit Company LLC is signed to the foregoing Limited Power of Attorney, and who is known to me and known to be such officer, acknowledged before me under oath on this day that, being informed of the contents of said instrument he, in his capacity as such officer and with full authority, executed the same voluntarily for and as an act of said corporation on the day the same bears date.

Given under my hand and seal of office as of this _19th_ day of _MAY_, 201_1_.

_____
Notary Public

GALE A. POTEMPA
Notary Public, Macomb County, Michigan
Acting in Wayne County
My Commission Expires September 17, 2013

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: ) Case No. 05-12031
LUIS MANUEL OCASIO APONTE and ) (Chapter )
MIRNA LISSETTE RODRIGUEZ COLO, )
)
DEBTOR(S)

## ORDER DIRECTING PAYMENT
## OF FUNDS TO CREDITOR/CLAIMANT

On the petition of Ford Motor Credit Company LLC (Fed. ID#38-1612444) (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $5,832.32) be paid to Claimant in care American Property Locators, Inc., Attn: Neely Goen, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this _____ day of _____, 201__.


_____
United States Bankruptcy Judge

CC: Financial Administrator

Mrs. Neely Goen
3855 South Boulevard, Suite 200
Edmond, OK 73013